**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**LOUIS WILBERT BOYD, JR.**                                    **CIVIL ACTION**

**VERSUS**                                                            **NO. 09-7643**

**JUDGE SARAH S. VANCE**                                    **SECTION:  "A"(1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _13th_ day of _____January_____, 2010.

_____
UNITED STATES DISTRICT JUDGE